HARING, APPELLANT, *v.* TRIANGLE EQUIPMENT CORPORATION, APPELLEE, ET AL.

[Cite as *Haring v. Triangle Equip. Corp.* (1994), 68 Ohio St.3d 1222.]

(No. 93–13—Submitted January 25, 1994—Decided March 23, 1994.)

*Thompson, Meier & Dersom* and *Thomas D. Thompson,* for appellant.

*Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A., John R. Slater, Karen Soehnlen McQueen* and *Greg Claycomb,* for appellee.

*Robert Digges, Jr.; Muldoon & Ferris* and *James W. Muldoon,* urging affirmance for *amici curiae,* Ohio Trucking Association and American Trucking Associations, Inc.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.